UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| New England Sports Network, L.P., <br><br> Plaintiff, <br><br> v. <br><br> Alley Interactive LLC (CT); Ariel Legassa, <br><br> Defendants. | Civil Action No. 22-cv-10024-ADB |

**FINDINGS AND ORDER**

Upon consideration of the Motion for Attachment for Trustee Process filed on January 14, 2022 and Affidavit of Mary Breiter filed on January 7, 2022, I hereby find as follows:

1. There is a reasonable likelihood that New England Sports Network, L.P. ("NESN") will recover judgment in an amount equal to or greater than $574,421.88.

2. NESN does not know of any liability insurance available to satisfy any judgment against the Defendants in this action and it is reasonable to believe that no such insurance exists.

3. There is a clear danger that the Defendants, if notified in advance of the attachment on trustee process, will withdraw credits from the possession of the trustee and remove them from the state or will conceal them, or, alternatively, that the Defendants will dissipate the credits.

I therefore find good cause why an attachment in the amount of $574,421.88 should be entered against any bank accounts associated with Alley Interactive LLC of Connecticut and Ariel Legassa, and hereby ORDER that any amount standing in the American Broadcast Employees Federal Credit Union in the name of either defendant, up to $574,421.88, be attached and held pending a further order of this Court. The Clerk shall issue a summons to trustee American Broadcast Employees Federal Credit Union forthwith.

**SO ORDERED.**

January 14, 2022                                                                                  /s/ Allison D. Burroughs
                                                                                                          ALLISON D. BURROUGHS
                                                                                                          U.S. DISTRICT JUDGE