UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT); ARIEL LEGASSA; NILDA LEGASSA, <br><br> Defendants. | Civil Action No. 22-CV-10024-ADB |

**PLAINTIFF'S *EX PARTE* MOTION FOR APPROVAL OF
ATTACHMENT BY TRUSTEE PROCESS**

Plaintiff New England Sports Network, L.P. ("NESN") hereby respectfully moves, pursuant to Mass. R. Civ. P. 4.2, made applicable in this Court by Fed. R. Civ. P. 64, for an order approving trustee process for the attachment of bank accounts in the amount of $572,621.88 of funds and credits entrusted to or deposited in the hands of American Broadcast Employees Federal Credit Union, standing in the name of the Nilda Legassa. NESN incorporates by reference its (1) First Amended Complaint in this action filed in this Court on January 19, 2022; (2) Affidavit of Mary Breiter filed in this Court on January 7, 2022; (3) *Ex Parte* Motion for Approval of Attachment by Trustee Process filed in this Court on January 7, 2022; and (4) *Ex Parte* Motion for Approval of Attachment by Trustee Process filed in this Court on January 14, 2022.

In further support hereof, NESN states that on January 14, 2022, this Court issued a Trustee Summons to the American Broadcast Employees Federal Credit Union ("ABE Federal Credit Union") to attach funds up to $574,421.88. ABE Federal Credit Union informed undersigned counsel that it attached approximately $1,800 in an account belonging to Ariel

Legassa. Based on information received after counsel for NESN served the Trustee Summons on ABE Federal Credit Union, NESN is informed and believes that after this action was commenced, Legassa fraudulently transferred assets from his account to one held exclusively in the name of his wife, Nilda Legassa.

For these reasons, NESN respectfully requests an *ex parte* prejudgment trustee process attachment on any bank accounts of Nilda Legassa held at ABE Federal Credit Union in the amount of $572,621.88.

Respectfully submitted,

NEW ENGLAND SPORTS NETWORK, L.P.,

By its counsel:

Dated: January 19, 2022
    Boston, Massachusetts

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO# 651335)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
cmorrison@jonesday.com

Dated: January __, 2022        By: _____
                                   Christopher M. Morrison  (651335)
                                   JONES DAY
                                   100 High Street
                                   21st Floor
                                   Boston, MA  02110.1781
                                   Telephone:  +1.617.960.3939
                                   Facsimile:  +1.617.449.6999

                                   Counsel for Defendant