UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT); ARIEL LEGASSA; NILDA LEGASSA, <br><br> Defendants. | Civil Action No. 22-CV-10024-ADB |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff New England Sports Network, L.P. ("NESN"), by and through its undersigned counsel, hereby provides this corporate disclosure statement. NESN is owned 80% by New England Associates L.P., which is owned by Fenway Sports Group Holdings, LLC, which, in turn, is owned by Fenway Sports Group, LLC. NESN is owned 20% by Deeridge Farms Hockey Association, LLC, which is an affiliate of Delaware North Companies, Inc.

Dated: January 21, 2022

By: /s/ Christopher M. Morrison
Christopher M. Morrison  (651335)
JONES DAY
100 High Street
21st Floor
Boston, MA  02110.1781
Telephone:  +1.617.960.3939
Facsimile:  +1.617.449.6999

Counsel for Defendant