

TRUSTEE'S ANSWER

FILED
IN CLERKS OFFICE

2022 JAN 21 AM 11: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

EFFECTS

SUFFOLK,ss

## THE COMMONWEALTH OF MASSACHUSETTS

## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 22-CV-10024-ADB

### NEW ENGLAND SPORTS NETWORK LP

vs.

### ALLEY INTERACTIVE LLC, AREIL LEGASSA1

### ANSWER OF ALLEGED TRUSTEE

And now SANTANDER, summoned as trustee of the principal defendant(s) **ALLEY INTERACTIVE LLC**, ARIEL LEGASSA in the above-named action, appears Marcia A. Turner, Manager and makes answer that it had in its hand subject to attachment the sum of $578.29 standing in the name of **ALLEY INTERACTIVE LLC**. Of this, the said Marcia A. Turner submits herself to examination upon her oath.

The foregoing answer is made and subscribed to under the penalties of perjury.

Santander

By: /s/ *Marcia A. Turner*
_____
Marcia A. Turner
Manager
MA1 MB3-01-21
P. O. Box 841005
Boston, MA 02284
Phone (617) 514-5189
Phone: 484-338-2808

January 11, 2022

Equal Housing Lender. Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2019 Santander Bank, N.A. All rights reserved. Santander, Santander Bank and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States and other countries. All other trademarks are the property of their respective owners.     MK1419   292103   02/2019