STATE OF CONNECTICUT:
: ss: BURLINGTON     JANUARY 24, 2022
COUNTY OF HARTFORD :

    Then and by virtue hereof and by direction of the Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, PLAINTIFF'S COMPLAINT FOR FRAUD, CONVERSION, AND UNFAIR AND DECEPTIVE BUSINESS PRACTICES, JURY DEMAND, EXHIBITS, PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FRAUD, CONVERSION, UNFAIR AND DECEPTIVE BUSINESS PRACTICES, AND FRAUDULENT TRANSFER, JURY DEMAND, PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS, PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS AND PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS, with and in the hands of the within named defendant **NILDA LEGASSA, 25 MISTY MEADOWS,** in the said town of BURLINGTON, County of Hartford.



State of Connecticut
County of Hartford
Department of Administrative Services

    The within is the original SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, PLAINTIFF'S COMPLAINT FOR FRAUD, CONVERSION, AND UNFAIR AND DECEPTIVE BUSINESS PRACTICES, JURY DEMAND, EXHIBITS, PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FRAUD, CONVERSION, UNFAIR AND DECEPTIVE BUSINESS PRACTICES, AND FRAUDULENT TRANSFER, JURY DEMAND, PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS, PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS AND PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF ATTACHMENT BY TRUSTEE PROCESS, with my doings thereon endorsed.

| | |
|---|---|
| Copy | $98.00 |
| Endorsements | 3.20 |
| Service | 40.00 |
| Travel | 12.00 |
| Total | $153.20 |

ATTEST:
_____
KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*Connecticut State Marshal*
P.O. BOX 280867 · EAST HARTFORD, CONNECTICUT 06128-0867 · OFFICE: (860) 610-0295

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

NEW ENGLAND SPORTS NETWORK, L.P.

*Plaintiff*

v.

Civil Action No.:
1:22-CV-10024-ADB

ALLEY INTERACTIVE LLC (CT), ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To:
Nilda Legassa
25 Misty Meadows Rd.
Burlington, CT 06013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Arnold Pacho
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2022-01-07 15:31:57, Clerk USDC DMA