UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS ) <br> NETWORK, L.P., ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> ALLEY INTERACTIVE LLC (CT), ) <br> ARIEL LEGASSA, and ) <br> NILDA LEGASSA, ) <br>     Defendants ) | Criminal No.   22-CV-10024-ADB |

**Appearance**

Please enter my appearance for defendants Ariel Legassa and Alley Interactive LLC.

                                                ARIEL LEGASSA
                                                ALLEY INTERACTIVE LLC,
                                                 By their attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 8, 2022.

                                                  /s/ *E. Peter Parker*
                                                  E. Peter Parker