**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.<br>       Plaintiff<br><br>v.<br><br>NILDA LEGASSA, ET. AL.,<br><br>       Defendant. | Case No. 22-CV-10024-ADB |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Defendant Nilda Legassa in the above-captioned matter.

Dated: February 8, 2022                        Respectfully submitted,

                                               NILDA LEGASSA

                                               By her attorney,

                                               */s/ Tracy A. Miner*
                                               Tracy A. Miner (BBO No. 547137)
                                               Miner Siddall LLP
                                               101 Federal Street, Suite 650
                                               Boston, MA 02110
                                               Tel. (617) 202-5890
                                               tminer@msdefenders.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF on all parties on February 8, 2022.

                                               */s/ Tracy A. Miner*
                                               Tracy A. Miner