**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.<br><br>    Plaintiff<br><br>v.<br><br>NILDA LEGASSA, ET. AL.,<br><br>    Defendant. | Case No. 22-CV-10024-ADB |

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel of record for Defendant Nilda Legassa in the above-captioned matter.

Dated: February 8, 2022

Respectfully submitted,

NILDA LEGASSA

By her attorney,

*/s/ Christina N. Lindberg*
Christina N. Lindberg (BBO No. 690443)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5830
clindberg@msdefenders.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served by ECF on all parties on February 8, 2022.

*/s/ Christina N. Lindberg*
Christina N. Lindberg