## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, NILDA LEGASSA, <br><br> Defendants. | No. 22-CV-10024-ADB |

## DEFENDANTS' MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Alley Interactive LLC (CT), Ariel Legassa, and Nilda Legassa respectfully request that this Court extend the time in which they are required to respond to the Complaint in this action by two weeks until February 28, 2022. In support of this Motion, Defendants state:

1. On January 7, 2022, Plaintiff New England Sports Network, L.P. filed a Complaint against Defendants in this Court.

2. On January 24, 2022, Defendants were served with a summons and the Complaint.

3. Pursuant to Fed. R. Civ. P. 12(a), Defendants must respond to the Complaint by February 14, 2022.

4. Undersigned counsel was recently retained and requires additional time to evaluate Defendants' potential defenses, and if appropriate, to draft and file a motion to dismiss the Complaint.

5. On February 9, 2022, counsel for Defendant Nilda Legassa contacted Plaintiff's counsel to request Plaintiff's assent to this Motion. Plaintiff does not assent to this Motion.

- 2 -

6.  The requested extension of time is in the interest of justice, will not cause any undue delay, and will permit Defendants to adequately analyze issues for the Court's consideration.

WHEREFORE, Defendants respectfully request that this Court grant this Motion extending their time to respond to the Complaint to February 28, 2022.

Respectfully submitted,

| NILDA LEGASSA | ARIEL LEGASSA and ALLEY INTERACTIVE (CT) |
|---|---|
| By her attorneys, | By their attorney, |
| */s/ Christina N. Lindberg*<br>Tracy A. Miner (BBO No. 547137)<br>Christina N. Lindberg (BBO No. 690443)<br>Miner Siddall LLP<br>101 Federal Street, Suite 650<br>Boston, MA 02110<br>Tel.: (617) 202-5890<br>tminer@msdefenders.com<br>clindberg@msdefenders.com | */s/ E. Peter Parker* (with permission)<br>E. Peter Parker (BBO No. 552720)<br>Law Office of E. Peter Parker<br>The Wheelhouse at Bradford Mill<br>33 Bradford Street<br>Concord, MA 01742<br>Tel.: (617) 742-9099<br>peter@parkerslaw.com |

Dated: February 9, 2022

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by ECF on all parties on February 9, 2022.

                                            */s/ Christina N. Lindberg*
                                            Christina N. Lindberg