## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEW ENGLAND SPORTS NETWORK, L.P.,

      Plaintiff

v.

ALLEY INTERACTIVE LLC (CT), ARIEL
LEGASSA, NILDA LEGASSA,

      Defendants.

No. 22-CV-10024-ADB

### AFFIDAVIT OF NILDA LEGASSA

I, Nilda Legassa, hereby depose and state as follows:

1.     I submit this affidavit pursuant to 28 U.S.C. § 1746 in support of Defendants' Motion to Dissolve Attachments in the above-captioned action.

2.     This affidavit is based on my own personal knowledge.  These statements are true to the best of my knowledge and belief.

3.     I have a checking account at American Broadcast Employee Federal Credit Union ("Account").  I am the sole account holder for the Account.

4.     I am employed by ▮▮▮▮▮ and my title is Senior Director.  I have been employed by ▮▮▮▮▮ for 19 years.

5.     My salary was regularly deposited directly into the Account and I used the account to pay household bills.  My husband, Ariel Legassa, routinely made deposits into this account to help pay the bills.

6.     The Account was attached and I cannot access my salary.

7.     My monthly expenses include mortgage payments, utilities, food, insurance, transportation costs, and tuition for my children.

8.     My salary does not cover my monthly expenses.

9.     I have no sources of income outside of my salary.

I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief as of February 22, 2022.

Nilda Legassa