UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Criminal No.   22-CV-10024-ADB |
| ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, and NILDA LEGASSA, | ) ) ) | |
| Defendants | ) | |

**Motion To Unseal All Attachment Pleadings**

Defendants Ariel Legassa and Alley Interactive LLC move, without objection from Plaintiff, for an order unsealing all sealed pleadings filed by Plaintiff in connection with all Motions For Trustee Process including, without limitation, all motions, all affidavits and accompanying pleadings, and all orders issued by the court.

                                            ARIEL LEGASSA
                                            ALLEY INTERACTIVE LLC,
                                             By their attorney,

                                            /s/ *E. Peter Parker*
                                            E. Peter Parker
                                             B.B.O. #552720
                                            Law Office of E. Peter Parker
                                            The Wheelhouse at Bradford Mill
                                            Concord, MA  01742
                                            (617) 742-9099
                                            peter@parkerslaw.com

## Certificate of Compliance With Local Rule 7.1(a)(2)

Undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel and has attempted in good faith to resolve or narrow the issues presented in this motion. Plaintiff does not object to this motion.

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2022.

/s/ *E. Peter Parker*
E. Peter Parker