UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br>     Plaintiff <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT), <br> ARIEL LEGASSA, and <br> NILDA LEGASSA, <br>     Defendants | Criminal No.   22-CV-10024-ADB |

## Motion By Defendants Ariel Legassa and Alley Interactive LLC
## To Further Extend Time To Respond To Complaint

Defendants Ariel Legassa and Alley Interactive LLC hereby move to further extend time to respond to complaint to March 4, 2022, four days from the current deadline of February 28, 2022. As grounds for this motion, defendants state that the press of other professional matters has precluded undersigned counsel from complying with the current deadline. Counsel has motion to suppress deadlines in two pending criminal cases on February 28 and March 1 and a deposition scheduled in a civil government fraud investigation also on March 1. Counsel also was assigned two new criminal matters late in the week of February 21, 2022 and unexpectedly had to devote time to new clients.

No parties will be prejudiced by an additional four-day delay in the deadline to respond. Plaintiff waited 17 days before serving defendants with an original and amended complaint. Undersigned counsel has conferenced this motion with plaintiff's counsel and the parties were unable to resolve the issues raised in the motion. *See* Certificate Of Compliance With Local Rule 7.1(a)(c), below.

For all of the foregoing reasons, the court should extend defendants' deadline for responding to the Amended Complaint to and including March 4, 2022.

**Certificate of Compliance With Local Rule 7.1(a)(2)**

Undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel and has attempted in good faith to resolve or narrow the issues presented in this motion. Plaintiff's counsel indicated that Plaintiff would assent to this motion dependent upon a condition to which Defendants were unwilling to agree.

ARIEL LEGASSA
ALLEY INTERACTIVE LLC,
 By their attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 28, 2022.

/s/ *E. Peter Parker*
E. Peter Parker