UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, and NILDA LEGASSA, <br><br> Defendants. | Civil Action No. 22-CV-10024-ADB |

**Plaintiff's Limited Opposition to Defendants Ariel Legassa and Alley Interactive LLC's Motion to Further Extend Time to Respond**

Plaintiff New England Sports Network, L.P. ("NESN") opposes Defendants Ariel Legassa and Alley Interactive LLC's Motion only insofar as Defendants request that any hearing on Defendants' Motion to Dissolve Attachments be scheduled for a date before all Defendants have responded to the Amended Complaint.

By Its Attorneys,

*/s/ Christopher M. Morrison*
Christopher M. Morrison (BBO # 651335)
cmorrison@jonesday.com
JONES DAY
100 High Street
21st Floor
Boston, MA  02110.1781
Telephone:   +1.617.960.3939
Facsimile:    +1.617.449.6999

Dated: February 28, 2022

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on February 28, 2022, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants.

>    /s/ *Christopher M. Morrison*
> Attorney for Defendants