# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEW ENGLAND SPORTS NETWORK, L.P.,

      Plaintiff

v.

ALLEY INTERACTIVE LLC (CT), ARIEL
LEGASSA, NILDA LEGASSA,

      Defendants.

No. 22-CV-10024-ADB

## DEFENDANT NILDA LEGASSA'S MOTION TO DISMISS

Defendant Nilda Legassa ("Ms. Legassa") moves to dismiss Plaintiff New England Sports Newport, L.P.'s ("NESN") Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6).  As grounds for this Motion, Ms. Legassa states:

1.     The Court does not have personal jurisdiction over Ms. Legassa because NESN does not allege that Ms. Legassa took any action or transacted any business in Massachusetts.

2.     NESN fails to state a fraudulent transfer claim against Ms. Legassa because it does not allege that she made a fraudulent transfer or was aware of or participated in Defendant Ariel Legassa's allegedly fraudulent transfer.  Nor does it allege fraudulent transfer with the specificity required under Fed. R. Civ. P. 9(b).

Further grounds for this Motion are set forth in the accompanying Memorandum of Law.

**WHEREFORE**, Ms. Legassa moves that this Court:

1.     Dismiss the Amended Complaint in its entirety and with prejudice; and

2.     Grant such other further relief as is fair and just.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Ms. Legassa respectfully requests that oral argument be scheduled on this Motion.

Date: February 28, 2022

Respectfully submitted,

NILDA LEGASSA

By her attorneys,

*/s/ Christina N. Lindberg*
Tracy A. Miner, BBO No. 547137
tminer@msdefenders.com
Christina N. Lindberg, BBO No. 690443
clindberg@msdefenders.com
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890

## **LOCAL RULE 7.1 CERTIFICATION**

On February 28, 2022, the undersigned counsel conferred with Plaintiff's counsel in an attempt in good faith to resolve or narrow the issues presented in this Motion.  The parties were unable to resolve or narrow the issues.


*/s/ Christina N. Lindberg*
Christina N. Lindberg


## **CERTIFICATE OF SERVICE**

I, Christina N. Lindberg, hereby certify that the foregoing document was served by ECF on counsel for the Plaintiff on February 28, 2022.


*/s/ Christina N. Lindberg*
Christina N. Lindberg