UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br>   Plaintiff <br> <br> v. <br> <br> ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, and NILDA LEGASSA, <br>   Defendants | ) ) ) ) ) ) ) ) ) ) ) )  Criminal No.   22-CV-10024-ADB |

## Corporate Disclosure Statement Of Defendant
## Alley Interactive, LLC

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.2 , defendant Alley Interactive, LLC states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

        ALLEY INTERACTIVE LLC,
         By its attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 4, 2022.

/s/ *E. Peter Parker*
E. Peter Parker