UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS<br>NETWORK, L.P.,<br>    Plaintiff<br><br>v.<br><br>ALLEY INTERACTIVE LLC (CT)<br>NILDA LEGASSA,<br>    Defendants and<br>ARIEL LEGASSA,<br>    Defendant and Plaintiff<br>    in Counterclaim<br><br>v.<br><br>NEW ENGLAND SPORTS<br>NETWORK, L.P.,<br>SEAN McGRAIL, and<br>RAY GUILBAULT<br>    Defendants in<br>    Counterclaim | Criminal No.   22-CV-10024-ADB |

**Affidavit Of Proof Of Service,
Answer and Counterclaim**

I, E. Peter Parker, on oath, depose and say as follows.

1. I represent Ariel Legassa, Defendant and Plaintiff in Counterclaim ("Legassa"), and Defendant Alley Interactive, LLC ("Alley").

2. On March 4, 2022, I filed an Answer Of Defendants Ariel Legassa and Alley Interactive LLC To Plaintiff's First Amended Complaint and Jury Demand and Counterclaim Of Defendant Ariel Legassa (the "Answer and Counterclaim"). That pleading included Counterclaims against Plaintiff New England Sports Network, LLC ("NESN") and against two new parties, individuals Sean McGrail ("McGrail") and Ray Guilbault ("Guilbault"), the CEO and CFO/COO respectively at NESN.

3.  Pursuant to the duty under Fed. R. Civ. P. 4 to avoid unnecessary costs of service, and since NESN employed the individual Counterclaim Defendants, I also emailed counsel for NESN on March 4, 2022 and inquired whether counsel would accept service of the Answer and Counterclaim on behalf of the new parties, McGrail and Guilbault. By return email dated March 5, 2022, counsel for NESN agreed to accept service on behalf of McGrail and Guilbault.

4.  It is my understanding that counsel for NESN received automatic electronic service of the Answer and Counterclaim on March 4, 2022 through the EFC filing system.

4.  The parties have cooperated as described above to save unnecessary costs of service of the Answer and Counterclaim and I hereby attest that service of same has been completed on all Counterclaim Defendants in the manner set forth above.

SIGNED under the pains and penalties of perjury this 17th day of March 2022.

/s/ *E. Peter Parker*
E. Peter Parker