UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT), NILDA LEGASSA, <br><br> Defendants, and <br><br> ARIEL LEGASSA, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> NEW ENGLAND SPORTS NETWORK, L.P., SEAN McGRAIL, RAY GUILBAULT, <br><br> Counterclaim Defendants. | Civil Action No. 22-CV-10024-ADB |

**NOTICE OF APPEARANCE OF JACOB E. MORSE**

Please enter my appearance as counsel for Plaintiff New England Sports Network, L.P. and Counterclaim Defendants New England Sports Network, L.P., Sean McGrail, and Ray Guilbault in the above-referenced matter.

Respectfully submitted,

Dated: March 22, 2022

/s/ *Jacob E. Morse*
Jacob E. Morse, Bar No. 709512
jacobmorse@jonesday.com
JONES DAY
100 High Street
21st Floor
Boston, MA  02110.1781
Telephone:   +1.617.960.3939
Facsimile:   +1.617.449.6999

CERTIFICATE OF SERVICE

The undersigned certifies that, on March 22, 2022, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants.

/s/ *Jacob E. Morse*
Attorney for Plaintiff and Counterclaim Defendants