UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT), NILDA LEGASSA, <br><br> Defendants, and <br><br> ARIEL LEGASSA, <br><br> Defendant and Counterclaim Plaintiff, <br><br> v. <br><br> NEW ENGLAND SPORTS NETWORK, L.P., SEAN McGRAIL, RAY GUILBAULT, <br><br> Counterclaim Defendants. | Civil Action No. 22-CV-10024-ADB |

**COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS DEFENDANT ARIEL LEGASSA'S COUNTERCLAIMS AND SPECIAL MOTION TO DISMISS DEFENDANT LEGASSA'S ABUSE OF PROCESS COUNTERCLAIM UNDER M.G.L. CH. 231 § 59H**

New England Sports Network, L.P. ("NESN"), Sean McGrail, and Ray Guilbault (collectively "Counterclaim Defendants") hereby move to dismiss Defendant Ariel Legassa's ("Legassa") counterclaims in their entirety. Counterclaim Defendants further move specially to dismiss Legassa's Abuse of Process Counterclaim (Count Four) under M.G.L. ch. 231 § 59H, and, upon such dismissal, for an award of attorneys' fees. M.G.L. ch. 231 § 59H ("If the court grants such special motion to dismiss, the court shall award the moving party costs and reasonable attorney's fees, including those incurred for the special motion and any related

discovery matters.").

Dated: March 25, 2022

>Respectfully Submitted,
>
>NEW ENGLAND SPORTS NETWORK, L.P., SEAN MCGRAIL, AND RAYMOND GUILBAULT,
>
>By Their Attorneys,
>
>
>*/s/ Christopher M. Morrison*
>Christopher M. Morrison (BBO # 651335)
>cmorrison@jonesday.com
>Jacob E. Morse (BBO # 709512)
>jacobmorse@jonesday.com
>JONES DAY
>100 High Street
>21st Floor
>Boston, MA  02110.1781
>Telephone:+1.617.960.3939
>Facsimile: +1.617.449.6999

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 25, 2022, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants.

*/s/ Christopher M. Morrison*

## CERTIFICATE OF CONSULTATION

The undersigned certifies that, consistent with Local Rule 7.1(a)(2), he has conferred with Defendant's Counsel and has attempted in good faith to resolve or narrow the issues presented in this motion. The issues set forth remain unresolved.

*/s/ Christopher M. Morrison*