UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br>    Plaintiff | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Criminal No.   22-CV-10024-ADB |
| ALLEY INTERACTIVE LLC (CT) <br> NILDA LEGASSA, <br>    Defendants and <br> ARIEL LEGASSA, <br>    Defendant and Plaintiff <br>    in Counterclaim | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| NEW ENGLAND SPORTS NETWORK, L.P., <br> SEAN McGRAIL, and <br> RAY GUILBAULT <br>    Defendants in <br>    Counterclaim | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

**Assented-to Motion By Defendant and Counterclaim
Plaintiff Ariel Legassa to Extend Time To Respond To
Motion to Dismiss**

Defendant and Counterclaim Plaintiff Ariel Legassa ("Legassa") hereby move to extend the time to respond to the Motion to Dismiss filed by Counterclaim Defendants New England Sports Network, L.P., Sean McGrail, and Ray Guilbault to and including April 15, 2022. As grounds for this motion, Legassa states that the press of other professional matters has precluded undersigned counsel from complying with the current deadline.

No parties will be prejudiced by the extension of the deadline to respond. The Counterclaim Defendants, through their counsel Christopher Morrison and Jacob Morse assent to this motion.

### Certificate of Compliance With Local Rule 7.1(a)(2)

Undersigned counsel hereby certifies that he has conferred with opposing counsel and has obtained assent to the continuance sought by this motion.

ARIEL LEGASSA,
 By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 4, 2022.

/s/ *E. Peter Parker*
E. Peter Parker