## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NEW ENGLAND SPORTS NETWORK, L.P.,

    Plaintiff

v.

ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, NILDA LEGASSA,

    Defendants.

No. 22-CV-10024-ADB

## **DEFENDANTS' MOTION TO CONTINUE HEARING**

Defendants Alley Interactive LLC (CT), Ariel Legassa, and Nilda Legassa respectfully request that this Court continue the hearing on their Motion to Dissolve Attachments to the week of May 23, 2022. In support of this Motion, Defendants state:

1.    On February 22, 2022, Defendants filed a Motion to Dissolve Attachments. Dkt. 26. The Court set a hearing on the Motion to Dissolve for April 26, 2022. Dkt. 45.

2.    Counsel for Defendant Nilda Legassa have a full day in-person mediation on April 26, 2022 that cannot be rescheduled. Due to trial schedules, Defendants are next available the week of May 23, 2022.

3.    Counsel for Mrs. Legassa conferred with counsel for Plaintiff who is also available the week of May 23, 2022.

WHEREFORE, Defendants respectfully request that this Court grant this Motion continuing the hearing on their Motion to Dissolve Attachments to the week of May 23, 2022.



/ / / / / / / /

- 2 -

Respectfully submitted,

| NILDA LEGASSA | ARIEL LEGASSA and<br>ALLEY INTERACTIVE (CT) |
|---|---|
| By her attorneys, | By their attorney, |
| */s/ Christina N. Lindberg*<br>Tracy A. Miner (BBO No. 547137)<br>Christina N. Lindberg (BBO No. 690443)<br>Miner Siddall LLP<br>101 Federal Street, Suite 650<br>Boston, MA 02110<br>Tel.: (617) 202-5890<br>tminer@msdefenders.com<br>clindberg@msdefenders.com | */s/ E. Peter Parker* (with permission)<br>E. Peter Parker (BBO No. 552720)<br>Law Office of E. Peter Parker<br>The Wheelhouse at Bradford Mill<br>33 Bradford Street<br>Concord, MA 01742<br>Tel.: (617) 742-9099<br>peter@parkerslaw.com |

Dated: April 19, 2022

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was served by CM/ ECF on counsel for all parties on April 19, 2022.

                                  */s/ Christina N. Lindberg*
                                  Christina N. Lindberg