UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.,<br><br>　Plaintiff<br><br>v.<br><br>ALLEY INTERACTIVE LLC (CT), ARIEL LEGASSA, NILDA LEGASSA,<br><br>　Defendants. | No. 22-CV-10024-ADB |

## DEFENDANT'S SECOND MOTION TO CONTINUE HEARING

Defendant Nilda Legassa respectfully requests that this Court continue the hearing on the Motion to Dissolve Attachments to June 7, 2022. In support of this Motion, Mrs. Legassa states:

1.　On February 22, 2022, Defendants filed a Motion to Dissolve Attachments. Dkt. 26. The Court set a hearing on the Motion to Dissolve for April 26, 2022. Dkt. 45.

2.　Counsel for Defendants moved to continue the hearing and the Court rescheduled the hearing for May 23, 2022. Dkt. 46.

3.　Counsel for Mrs. Legassa has a conflict with the May 23, 2022 hearing date and requests that this Court continue the hearing on Defendants' Motion to Dissolve Attachments to June 7, 2022.

4.　Counsel for Mrs. Legassa conferred with counsel for Plaintiff who is also available June 7, 2022.

WHEREFORE, Defendant respectfully request that this Court grant this Motion continuing the hearing on Defendants' Motion to Dissolve Attachments to June 7, 2022.

Dated: May 10, 2022	Respectfully submitted,

			NILDA LEGASSA

			By her attorneys,

			*/s/ Tracy A. Miner*
			Tracy A. Miner (BBO No. 547137)
			Christina N. Lindberg (BBO No. 690443)
			Miner Siddall LLP
			101 Federal Street, Suite 650
			Boston, MA 02110
			Tel.: (617) 202-5890
			tminer@msdefenders.com
			clindberg@msdefenders.com

- 3 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served by CM/ECF on counsel for all parties on May 10, 2022.

                                           */s/ Tracy A. Miner*
                                           Tracy A. Miner