UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br>     Plaintiff <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT) <br> NILDA LEGASSA, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No.22-CV-10024-ADB |

### Notice of Dismissal of Nilda Legassa Without Prejudice

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), New England Sports Network, L.P. hereby dismisses its claims against Defendant Nilda Legassa without prejudice, with all parties bearing their own costs and attorneys' fees.

Dated: June 8, 2022

Respectfully submitted,

NEW ENGLAND SPORTS NETWORK, L.P.,

By its Attorneys,

*/s/ Christopher M. Morrison*
Christopher M. Morrison (BBO # 651335)
cmorrison@jonesday.com
Jacob E. Morse (BBO # 709512)
jacobmorse@jonesday.com
JONES DAY
100 High Street
21st Floor
Boston, MA 02110.1781
Telephone:+1.617.960.3939
Facsimile: +1.617.449.6999

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 22.

*/s/ Christopher M. Morrison*