UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br>     Plaintiff <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT) <br> NILDA LEGASSA, <br>     Defendants and <br> ARIEL LEGASSA, <br>     Defendant and Plaintiff <br>     in Counterclaim <br><br> v. <br><br> NEW ENGLAND SPORTS NETWORK, L.P., <br> SEAN McGRAIL, and <br> RAY GUILBAULT <br>     Defendants in <br>     Counterclaim | Civil Action No. 22-CV-10024-ADB |

**<u>Notice of Dismissal of All Counterclaims With Prejudice</u>**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) Plaintiff Ariel Legassa hereby dismisses his Counterclaim against New England Sports Network, L.P. ("NESN"), Sean McGrail, and Ray Guilbault with prejudice, with all parties bearing their own costs and attorneys' fees and all rights of appeal waived.

*Signature Page Follows.*

ARIEL LEGASSA,
 By his attorney,

/s/ *E. Peter Parker*

E. Peter Parker
 B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
(617) 742-9099
peter@parkerslaw.com

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2022.

/s/ *E. Peter Parker*

E. Peter Parker