UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., | ) ) | | |
|     Plaintiff | ) ) | | |
| v. | ) ) | Civil No. | 22-CV-10024-ADB |
| ALLEY INTERACTIVE LLC (CT) NILDA LEGASSA, | ) ) ) | | |
|     Defendants and | ) | | |
| ARIEL LEGASSA, | ) | | |

**STIPULATION AND PROPOSED ORDER**
**PARTIALLY DISSOLVING ATTACHMENT**

The Parties hereby stipulate to the limited dissolution of the Order for Attachment By Trustee Process entered on January 19, 2022 (Dkt. No. 14) (the "Jan. 19, 2022 Attachment") *only* as to $31,242.82 in funds presently contained in an at the American Broadcast Employees Federal Credit Union (the "Credit Union") in the name of Nilda Legassa, and ending in X170.

The Parties further stipulate that, subject to subject to the Court's approval of this Stipulation and Proposed Order, the Credit Union shall permit Nilda Legassa to immediately access, withdraw, transfer, or otherwise use funds in the accounts identified above up to the aggregate amount of $31,236.77.

In all other respects, the Jan. 19, 2022 Attachment shall remain in effect; for avoidance of doubt, to the extent that any funds that were subject to the Jan. 19, 2022 Attachment that have been seized by the United States Department of Justice are returned to the Credit Union, they shall remain subject to the Jan. 19, 2022 Attachment.

*Signature Page Follows.*

Respectfully Submitted,

| | |
|---|---|
| ARIEL LEGASSA, | NEW ENGLAND SPORTS NETWORK, L.P., |
| By his attorney, | By its Attorneys, |
| */s/ E. Peter Parker* | */s/ Christopher M. Morrison* |
| E. Peter Parker | Christopher M. Morrison (BBO # 651335) |
| B.B.O. #552720 | cmorrison@jonesday.com |
| Law Office of E. Peter Parker | Jacob E. Morse (BBO # 709512) |
| The Wheelhouse at Bradford Mill | jacobmorse@jonesday.com |
| Concord, MA  01742 | JONES DAY |
| (617) 742-9099 | 100 High Street |
| peter@parkerslaw.com | 21st Floor |
| | Boston, MA 02110.1781 |
| NILDA LEGASSA | Telephone:+1.617.960.3939 |
| | Facsimile: +1.617.449.6999 |
| By her attorneys, | |
| */s/ Christina N. Lindberg* | |
| Tracy A. Miner (BBO No. 547137) | |
| Christina N. Lindberg (BBO No. 690443) | |
| Miner Siddall LLP | |
| 101 Federal Street, Suite 650 | |
| Boston, MA 02110 | |
| Tel.: (617) 202-5890 | |
| tminer@msdefenders.com | |
| clindberg@msdefenders.com | |

DATED: June 7, 2022

**SO ORDERED**.

_____, 2022                               _____

                                                                                              Allison D. Burroughs
                                                                                              United States District Judge

3

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 22.

    */s/ Christopher M. Morrison*