UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., | ) ) | | |
| Plaintiff | ) ) | | |
| v. | ) ) | Civil No. | 22-CV-10024-ADB |
| ALLEY INTERACTIVE LLC (CT) NILDA LEGASSA, | ) ) ) | | |
| Defendants and ARIEL LEGASSA, | ) ) | | |

**STIPULATION AND PROPOSED ORDER**
**PARTIALLY DISSOLVING ATTACHMENT**

The Parties hereby stipulate to the limited dissolution of the Order for Attachment By Trustee Process entered on January 19, 2022 (Dkt. No. 14) (the "Jan. 19, 2022 Attachment") *only* as to $31,242.82 in funds presently contained in an at the American Broadcast Employees Federal Credit Union (the "Credit Union") in the name of Nilda Legassa, and ending in X170.

The Parties further stipulate that, subject to subject to the Court's approval of this Stipulation and Proposed Order, the Credit Union shall permit Nilda Legassa to immediately access, withdraw, transfer, or otherwise use funds in the accounts identified above up to the aggregate amount of $31,236.77.

In all other respects, the Jan. 19, 2022 Attachment shall remain in effect; for avoidance of doubt, to the extent that any funds that were subject to the Jan. 19, 2022 Attachment that have been seized by the United States Department of Justice are returned to the Credit Union, they shall remain subject to the Jan. 19, 2022 Attachment.

*Signature Page Follows.*

Respectfully Submitted,

ARIEL LEGASSA,

By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
Law Office of E. Peter Parker
The Wheelhouse at Bradford Mill
Concord, MA  01742
 (617) 742-9099
peter@parkerslaw.com

NILDA LEGASSA

By her attorneys,

*/s/ Christina N. Lindberg*
Tracy A. Miner (BBO No. 547137)
Christina N. Lindberg (BBO No. 690443)
Miner Siddall LLP
101 Federal Street, Suite 650
Boston, MA 02110
Tel.: (617) 202-5890
tminer@msdefenders.com
clindberg@msdefenders.com

NEW ENGLAND SPORTS NETWORK, L.P.,

By its Attorneys,

*/s/ Christopher M. Morrison*
Christopher M. Morrison (BBO # 651335)
cmorrison@jonesday.com
Jacob E. Morse (BBO # 709512)
jacobmorse@jonesday.com
JONES DAY
100 High Street
21st Floor
Boston, MA 02110.1781
Telephone:+1.617.960.3939
Facsimile: +1.617.449.6999

DATED: June 7, 2022

**SO ORDERED**.

\_\_\_\_June 8,_____, 2022

Allison D. Burroughs
United States District Judge

3

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 22.

*/s/ Christopher M. Morrison*