UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No.2022-CV-10024-ADB |
| ALLEY INTERACTIVE LLC (CT) NILDA LEGASSA, | ) ) ) | |
| Defendants and ARIEL LEGASSA, | ) ) | |

### CLARIFICATION STIPULATION AND PROPOSED ORDER PARTIALLY DISSOLVING ATTACHMENT

On June 8, 2022, the Parties jointly stipulated to the limited dissolution of the Order for Attachment By Trustee Process entered on January 19, 2022 *only* as to $31,242.82 in funds presently contained in an at the American Broadcast Employees Federal Credit Union (the "Credit Union") in the name of Nilda Legassa, and ending in X170. (Docket No. 59).

After approving that Stipulation, the Court requested clarification with respect to whether the Stipulation resolved the Defendants' pending Motion to Dissolve (Docket No. 62).

The Stipulation does resolve the pending Motion to Dissolve. More specifically, on March 29, 2022, pursuant to an Order of Forfeiture, the United States seized $46,000 from the Credit Union account. The Stipulation provides that the balance ($31,236.77) may be released to Nilda Legassa, but that "to the extent that any funds that were subject to the Jan. 19, 2022 Attachment that have been seized by the United States Department of Justice are returned to the Credit Union, they shall remain subject to the Jan. 19, 2022 Attachment." (See Docket No. 59).

*Signature Page Follows.*

Respectfully Submitted,

| | |
|---|---|
| ARIEL LEGASSA, | NEW ENGLAND SPORTS NETWORK, L.P., |
| By his attorney, | By its Attorneys, |
| /s/ *E. Peter Parker* <br> E. Peter Parker <br> B.B.O. #552720 <br> Law Office of E. Peter Parker <br> The Wheelhouse at Bradford Mill <br> Concord, MA  01742 <br>  (617) 742-9099 <br> peter@parkerslaw.com | /s/ *Christopher M. Morrison* <br> Christopher M. Morrison (BBO # 651335) <br> cmorrison@jonesday.com <br> Jacob E. Morse (BBO # 709512) <br> jacobmorse@jonesday.com <br> JONES DAY <br> 100 High Street <br> 21st Floor <br> Boston, MA 02110.1781 <br> Telephone:+1.617.960.3939 <br> Facsimile: +1.617.449.6999 |
| NILDA LEGASSA | |
| By her attorneys, | |
| /s/ *Christina N. Lindberg* <br> Tracy A. Miner (BBO No. 547137) <br> Christina N. Lindberg (BBO No. 690443) <br> Miner Siddall LLP <br> 101 Federal Street, Suite 650 <br> Boston, MA 02110 <br> Tel.: (617) 202-5890 <br> tminer@msdefenders.com <br> clindberg@msdefenders.com | |

DATED: June 10, 2022

3

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 22.

*/s/ Christopher M. Morrison*