UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., | ) ) | | |
| Plaintiff | ) ) | | |
| v. | ) ) | Civil No. | 22-cv-10024-ADB |
| ALLEY INTERACTIVE LLC (CT) NILDA LEGASSA, | ) ) ) | | |
| Defendants and ARIEL LEGASSA, | ) ) | | |

**STIPULATION AND ORDER**
**PARTIALLY DISSOLVING ATTACHMENT**

The Parties hereby stipulate to the limited dissolution of the Order for Attachment By Trustee Process entered on January 19, 2022 (the "Jan. 19, 2022 Attachment"), [ECF No. 14], *only* as to $31,242.82 in funds presently contained in an at the American Broadcast Employees Federal Credit Union (the "Credit Union") in the name of Nilda Legassa, and ending in X170.

Subject to the Parties stipulation, the Court orders that the Credit Union shall permit Nilda Legassa to immediately access, withdraw, transfer, or otherwise use funds in the accounts identified above up to the aggregate amount of $31,236.77.

In all other respects, the Jan. 19, 2022 Attachment shall remain in effect; for avoidance of doubt, to the extent that any funds that were subject to the Jan. 19, 2022 Attachment that have been seized by the United States Department of Justice are returned to the Credit Union, they shall remain subject to the Jan. 19, 2022 Attachment.

DATED: June 10, 2022

**SO ORDERED**.

\_\_\_\_\_June 10\_\_\_\_\_, 2022

_____
Allison D. Burroughs
United States District Judge