# EXHIBIT 2

**Morrison, Christopher M.**

# REDACTED--PRIVILEGED

**From:** John Henry <jwh@jwh.com>
**Sent:** Tuesday, September 6, 2022 8:10 AM
**To:** Weiss, Ed <ed.weiss@fenwaysportsgroup.com>; Charlie Jacobs <cjacobs@bostonbruins.com>
**Cc:** Werner, Tom (GMAIL) <twernercw@gmail.com>
**Subject:** [EXTERNAL] RE: FSG TECH - White Label Solution

> **CAUTION:** This e-mail is from an external sender. Do not click on any links or open any attachments you were not expecting.

REDACTED--PRIVILEGED

**From:** Ariel Legassa <alegassa@gmail.com>
**Sent:** Tuesday, September 6, 2022 8:05 AM
**To:** Charlie Jacobs <cjacobs@bostonbruins.com>
**Cc:** E Peter Parker <peter@parkerslaw.com>; Tom Werner <twernercw@gmail.com>; John Henry <jwh@jwh.com>
**Subject:** FSG TECH - White Label Solution

September 6th, 2022


Dear Charlie,

I hope my letter finds you well.
Since I know you are a businessman, I'll go straight to the point.

1

In 2021 I worked to develop NESN DTC. In parallel, I created a strategy to get a White Label Technology solution, like MLB BAMTECH (Now Disney) or Playmaker (NBC Sports), capable of supporting NESN DTC launch and earning revenue from other Regional Networks and Sport media teams.

**Why do I know that a White Label solution is a win-win for everyone in the future?**

**First Success Case:**
In late 2020, with Sean McGrail's approval, I helped YES Network share ALL my Digital Playbook Strategy and personally introduced and met with our vendors for them to help YES Network. We even met with Jon Litner and his team, where he thanked me for all my contributions and for assisting them in launching their App. YES, App Launched in February 2021 and currently has 10x viewership compared with NESN.

**Second Success Case:**
On December 15th, 2021, I presented a demo for NESN DTC Product to you, board members, and senior staff. We received great reviews from the NHL MLB the same week and even presented the White Label solution to MSG Network. They followed up after the meeting with several phone calls, emails, and LinkedIn messages for me to help them to launch their DTC product.

**Third Success Case:**
I was part of the launch of ESPN Sync (the First ESPN DTC app) and the first versions of ESPN+; this knowledge and information contributed to YES Network's successful launch and development of NESN DTC.

**Fourth Success Case:**
At NBC Sports Gold, I was part of the team that first developed and successfully launched the concept of paid sports subscriptions in the US Market. Several years before Peacock was established, I was the Creative Director and in daily collaboration with the development team for NBC Playmaker, for which NESN was a client. This knowledge and information were the foundation for the successful launch of NESN 360.

**FSG Tech, in simple terms**
Streaming and Video on demand are at the top of the digital revenue of any sports media company. The White Label strategy I developed focuses on using a video player, Content Management System, Content Distribution Network, and Sales integration, among other vital functionalities, which can be implemented by different sports companies worldwide.
Like BAMTECH (Disney) or Playmaker (Peacock/ NBC Sports), FSG tech could monetize on a current void in the market and ultimately sell the technology or syndicate it to different markets and leagues.

**FSG Business Opportunities**
Opportunities are many, from Red Sox, NESN, Bruins, Penguins, RFK Racing, Liverpool, Red Bird properties, and many other teams, sports, and leagues.
Also, we can offer FSG TECH to former clients that Playmaker used to provide services to Mexican Soccer League, Premier Lacrosse League, Racing Teams, etc.
Possibilities are endless. FSG Tech, White Level Solution can fill the technology and service gap that not only RSN, Teams, and Sport are currently experiencing.

Based on the above success cases and many other trials and errors, I know you can monetize this unique opportunity.

**How can I help**
When NESN terminated my employment, they lost the knowledge transfer of all critical parts I was doing and preparing to present to you earlier this year. Instead, they are trying to guess what I developed and how I did it. The current situation is undoubtedly generating more losses for you and is holding you back from creating a White Label DTC product and an FSG Tech entity to market it.

Concretely, I can help you transfer all that knowledge and help a consultant firm find the right person to run FSG Tech. Not only to generate significant revenue but also to help all the companies in your portfolio, both in the United States and globally.

I can also provide critical information regarding affiliates renewals and all the issues NESN DTC has and will be facing after launch that, at minimum, can easily compromise millions of dollars in revenue.

I ask you to please consider my proposal. I'm open to discussing any favorable terms, which could include the resolution of the lawsuit NESN has filed against me.


Sincerely,
Ariel Legassa


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.