UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLEY INTERACTIVE LLC (CT); ARIEL LEGASSA, <br><br> Defendants. | Civil Action No. 22-CV-10024-ADB |

# PARTIES' LOCAL RULE 16.1 JOINT STATEMENT

Plaintiff New England Sports Network, L.P. ("NESN") and Defendants Alley Interactive LLC and Ariel Legassa (collectively "Defendants") submit this Joint Statement in accordance with Local Rule 16.1(d) and this Court's November 17, 2022 Order. Counsel certify that they conferred pursuant to Fed. R. Civ. P. 26(f) about the matters set forth herein.

**Proposed Case Schedule and Discovery Plan**

The parties propose the following case schedule:

| Event | NESN's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Initial Disclosures | January 12, 2023 | December 23, 2022 |
| Deadline for Amendments to the Pleadings | February 9, 2023 | December 30, 2022 |
| Deadline for Joinder of Additional Parties | February 9, 2023 | December 30, 2022 |
| Deadline to serve Requests for Production and Interrogatories | October 14, 2023 | February 15, 2023 |
| Deadline to serve Requests for Admission | November 30, 2023 | March 17, 2023 |

1

| | | |
|---|---|---|
| Deadline for Completion of Depositions, other than Expert Depositions | November 16, 2023 | March 17, 2023 |
| Deadline for Completion of Fact Discovery | January 4, 2024 | April 28, 2023 |
| Plaintiff's Deadline to Disclose Trial Experts | November 9, 2023 | May 31, 2023 |
| Defendants' Deadline to Disclose Trial Experts | December 7, 2023 | June 30, 2023 |
| Deadline for Completion of Expert Depositions | January 18, 2024 | July 31, 2023 |
| Deadline for Dispositive Motions | March 7, 2024 | August 31, 2023 |

**NESN's Production of Documents**

1. **Defendants' position**: NESN shall respond to and produce documents responsive to Defendant Ariel Legassa's First Request for the Production of Documents by **December 30, 2022.**

2. **NESN's position:** NESN shall respond to Defendant Ariel Legassa's First Request for the Production of Documents by **December 30, 2022** and will, after conferring with Defendants on appropriate search terms pursuant to a protocol that will be set forth in an order concerning the production of electronically-stored information ("ESI Order"), produce relevant, responsive documents proportional to the needs of this case on a rolling basis following this Court's entry of an agreed-upon protective order and ESI Order. Legassa's twenty-seven Requests require NESN to image his laptops and phones and require searches of electronic systems dating back several years.

**Electronically Stored Information and Other Discovery Issues**

The parties agree to work together to effectuate the mutual exchange of discovery, including any electronically stored information. The parties agree to confer regarding the utilization of search terms and parameters and other methodology for ensuring that discovery is proportional to the needs of the case. The parties intend to provide a proposed Stipulated Protective Order to be entered by the Court by December 21, 2022 that will govern the production of documents that are confidential and proprietary. If the parties cannot agree on a Stipulated Protective Order, they will file separate motions. The parties will confer regarding the nature and scope of privilege logs.

The parties do not currently believe that any party will seek modifications to the discovery limits specified in L.R. 26.1(c). The parties do not propose at this time that they conduct discovery in phases.

**Magistrate**

The parties do not consent to proceeding before a magistrate judge at this time.

**ADR Options**

(1)   NESN's Position: NESN does not view mediation as likely to be productive at this stage.

(2)   Defendants' Position: Defendants are amenable to mediation.

**Certifications**

The parties will separately file their L.R. 16.1(d)(3) certifications under separate cover.

WHEREFORE, the parties respectfully request that the Court approve their Proposed

Case Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted this 1st day of December, 2022.

| | |
|---|---|
| Counsel for Plaintiff<br>New England Sports Network, L.P.<br><br>By: /s/ *Christopher M. Morrison*<br>Christopher M. Morrison (BBO # 651335)<br>Jacob E. Morse (BBO # 709512)<br>JONES DAY<br>100 High Street<br>21st Floor<br>Boston, MA  02110.1781<br>Telephone:    +1.617.960.3939<br>Facsimile:     +1.617.449.6999<br>cmorrison@jonesday.com<br>jacobmorse@jonesday.com | Counsel for Defendants Alley Interactive LLC and Ariel Legassa<br><br>By: /s/ *E. Peter Parker*<br>E. Peter Parker (BBO # 552720)<br>Law Office of E. Peter Parker<br>33 Bradford St<br>The Wheelhouse at Bradford Mill<br>Concord, MA 01742<br>Telephone:  (617) 742-9099<br>peter@parkerslaw.com |

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                              */s/ Jenna L. LaPointe*

                                              Jenna L. LaPointe