UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ALLEY INTERACTIVE LLC (CT); ARIEL LEGASSA,<br><br>Defendants. | Civil Action No. 22-CV-10024-ADB |

**PLAINTIFF NEW ENGLAND SPORTS NETWORK, L.P.'S
CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)**

Pursuant to Local Rule 16.1(d)(3), Plaintiff New England Sports Network, L.P. and its counsel hereby certify that they have conferred:

1.  with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

2.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Plaintiff New England Sports Network, L.P.

Dated: December 1, 2022

*/s/ Sean McGrail*
Sean McGrail

- 2 -

Respectfully submitted,

*/s/ Christopher M. Morrison*
Christopher M. Morrison (BBO # 651335)
Jacob E. Morse (BBO # 709512)
JONES DAY
100 High Street
21st Floor
Boston, MA  02110.1781
Telephone: +1.617.960.3939
Facsimile: +1.617.449.6999
cmorrison@jonesday.com
jacobmorse@jonesday.com

*Counsel for Defendant*
*New England Sports Network, L.P.*

- 3 -

## **CERTIFICATE OF SERVICE**

    I, Jenna L. LaPointe, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on December 1, 2022.

Dated:  December 1, 2022          */s/ Jenna L. LaPointe*
                                            Jenna L. LaPointe