UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEW ENGLAND SPORTS NETWORK, L.P.,

        Plaintiff,

   v.

ALLEY INTERACTIVE LLC (CT); ARIEL
LEGASSA,

        Defendants.

Civil Action No. 22-CV-10024-ADB

## NOTICE OF APPEARANCE OF JENNA L. LAPOINTE

Please enter my appearance as counsel for Plaintiff New England Sports Network, L.P. in

the above-referenced matter.

Dated: December 12, 2022

Respectfully Submitted,

*/s/ Jenna L. LaPointe*
Jenna L. LaPointe (BBO #699045)
jlapointe@jonesday.com
JONES DAY
100 High Street, 21st Floor
Boston, MA  02110.1781
Telephone:+1.617.960.3939
Facsimile: +1.617.449.6999

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that, on December 12, 2022, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants.

/s/ *Jenna L. LaPointe*
Attorney for Plaintiff