UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS ) <br> NETWORK, L.P., ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> ALLEY INTERACTIVE LLC (CT), and ) <br> ARIEL LEGASSA, ) <br>     Defendants ) | Criminal No.  22-CV-10024-ADB |

**Affidavit Of Counsel in Support of Opposition to Plaintiff's
Emergency Motion to Compel Disclosure of Passwords**

I, E. Peter Parker, on oath, depose and say as follows.

1. I represent defendants Ariel Legassa and Alley Interactive, LLC.

2. I have accurately described in the accompanying Opposition to Plaintiff's Emergency Motion to Compel Disclosure of Passwords the procedural backdrop in this case, email communication chains between me and plaintiff's counsel, my trial schedule and personal obligations since plaintiff served written discovery requests on December 23, 2022, and relevant developments in the parallel criminal case.

SIGNED under the pains and penalties of perjury this 26th day of January, 2023.

/s/ *E. Peter Parker*
E. Peter Parker