IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., | ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Criminal No. 22-cv-10024-ADB |
| ALLEY INTERACTIVE LLC (CT) ARIEL LEGASSA, | ) ) ) | |
| Defendants | ) | |

## GOVERNMENT'S MOTION TO INTERVENE AND STAY DISCOVERY

    The government respectfully submits this Motion to Intervene and Stay Discovery in the above-captioned matter. For the reasons stated in the government's Memorandum in Support of this Motion, the government respectfully requests that the court stay discovery and postpone portions of civil discovery until the parallel federal criminal trial is complete.

Dated: February 7, 2023

                                                  Respectfully submitted,

                                                  RACHAEL S. ROLLINS
                                                  United States Attorney

                                By:    */s/ Mackenzie A. Queenin*
                                                  Mackenzie A. Queenin
                                                  Benjamin A. Saltzman
                                                  Assistant U.S. Attorneys

## Certificate of Service

      I, Mackenzie A. Queenin, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: February 7, 2023　　　　　　　　　　　　　　　　　　*/s/ Mackenzie A. Queenin*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mackenzie A. Queenin