UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., )<br>    Plaintiff )<br> )<br>v. )<br> )<br>ALLEY INTERACTIVE LLC (CT), )<br>ARIEL LEGASSA, )<br>    Defendants ) | Criminal No.  22-CV-10024-MJJ |

**Assented-to Motion To Continue Status Conference**

Defendants Ariel Legassa and Alley Interactive LLC move, with the assent of Plaintiff, to continue the status conference currently scheduled for April 30, 2024 to a date that is convenient for the court in June. As grounds for this Motion, Defendants state that undersigned counsel starts a three-week trial in Suffolk Superior Court on April 29. The trial schedule is 9:00 a.m. to 4:00 p.m.

Plaintiff assents to this motion.

                                ARIEL LEGASSA
                                ALLEY INTERACTIVE LLC,
                                 By their attorney,

                                /s/ *E. Peter Parker*
                                E. Peter Parker
                                 B.B.O. #552720
                                Law Office of E. Peter Parker
                                The Wheelhouse at Bradford Mill
                                Concord, MA  01742
                                (617) 742-9099
                                peter@parkerslaw.com

## Certificate of Compliance With Local Rule 7.1(a)(2)

  Undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel and has attempted in good faith to resolve or narrow the issues presented in this motion. Plaintiff asesents to this motion.

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2024.

/s/ *E. Peter Parker*
E. Peter Parker