# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ARIEL LEGASSA; ALLEY INTERACTIVE LLC (CT),<br><br>Defendants. | Civil Action No. 22-CV-10024-MJJ |

## JOINT STATUS REPORT

Pursuant to the Court's April 23, 2024 Electronic Notice of Hearing, Plaintiff New England Sports Network, L.P. ("NESN") and Defendants Ariel Legassa and Alley Interactive LLC (CT) submit this Joint Status Report.

On November 3, 2023, Defendant Ariel Legassa was convicted by a federal jury of seven counts of mail fraud, in violation of in violation of 18 U.S.C. § 1341, and three counts of unlawful money transactions, in violation of 18 U.S.C. § 1957. The elements of those convictions are coextensive with the elements of claims at issue in this litigation. NESN is currently considering its options with respect to this matter.

Respectfully submitted this 26th day of April, 2024.

| Counsel for Plaintiff<br>New England Sports Network, L.P.<br><br>By: */s/ Christopher M. Morrison*<br>Christopher M. Morrison (BBO # 651335)<br>cmorrison@jonesday.com<br>Jenna L. LaPointe (BBO # 699045)<br>jlapointe@jonesday.com<br>Jacob E. Morse (BBO # 709512)<br>jacobmorse@jonesday.com<br>JONES DAY | Counsel for Defendants Alley Interactive LLC and Ariel Legassa<br><br>By: */s/ E. Peter Parker*<br>E. Peter Parker (BBO # 552720)<br>Law Office of E. Peter Parker<br>33 Bradford St<br>The Wheelhouse at Bradford Mill<br>Concord, MA 01742<br>Telephone: (617) 742-9099<br>peter@parkerslaw.com |

| | |
|---|---|
| 100 High Street, 21st Floor<br>Boston, MA 02110.1781<br>Telephone: +1.617.960.3939 | |

CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2024, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants.

/s/ Jacob E. Morse
Jacob E. Morse