UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ARIEL LEGASSA; ALLEY INTERACTIVE LLC (CT), <br><br> Defendants. | Civil Action No. 22-CV-10024-MJJ |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's June 17, 2024 Electronic Notice of Rescheduling, Plaintiff New England Sports Network, L.P. ("NESN") submits this Status Report.

On November 3, 2023, Defendant Ariel Legassa was convicted by a federal jury of seven counts of mail fraud, in violation of in violation of 18 U.S.C. § 1341, and three counts of unlawful money transactions, in violation of 18 U.S.C. § 1957. The elements of those convictions are coextensive with the elements of claims at issue in this litigation. NESN is currently considering its options with respect to this matter.

On June 12, 2024, counsel for Defendants filed a motion to withdraw as attorney for Defendant Ariel Legassa. The Court has not ruled on this motion. As Mr. Legassa is incarcerated, Plaintiff cannot confer with him.

Dated: July 23, 2024

Respectfully Submitted,

NEW ENGLAND SPORTS NETWORK, L.P.,

By Its Attorneys,

*/s/ Christopher M. Morrison*
Christopher M. Morrison (BBO # 651335)
cmorrison@jonesday.com

Jenna L. LaPointe (BBO # 699045)  
jlapointe@jonesday.com  
Jacob E. Morse (BBO # 709512)  
jacobmorse@jonesday.com  
JONES DAY  
100 High Street, 21st Floor  
Boston, MA  02110.1781  
Telephone:+1.617.960.3939

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 23, 2024, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants.

<u>*/s/ Jacob E. Morse*</u>
Jacob E. Morse
