## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ARIEL LEGASSA; ALLEY INTERACTIVE LLC (CT), <br><br> Defendants. | Civil Action No. 22-CV-10024-MJJ |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance for Jacob E. Morse as counsel for plaintiff New England Sports Network, L.P. ("NESN") in the above referenced matter. Christopher M. Morrison and all other Jones Day attorneys with appearances in the above-captioned matter will remain counsel for NESN. All future correspondence and papers in this matter should continue to be directed to these Jones Day attorneys.

Dated:  October 22, 2024

Respectfully Submitted,

/s/ Jacob E. Morse
Jacob E. Morse (BBO # 709512)
jacobmorse@jonesday.com
JONES DAY
100 High Street, 21st Floor
Boston, MA  02110.1781
Telephone:+1.617.960.3939

CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2024, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants. I further certify that all parties represented by the undersigned counsel have been notified of this Notice of Withdrawal.

/s/ *Jacob E. Morse*
Jacob E. Morse

- 2 -