UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND SPORTS NETWORK, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>ARIEL LEGASSA; ALLEY INTERACTIVE LLC (CT),<br><br>Defendants. | Civil Action No. 22-CV-10024-MJJ |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff New England Sports Network, L.P. ("NESN") moves for summary judgment on all claims— Fraud (Count I); Conversion/Misappropriation (Count II); violations of M.G.L. ch. 93A (Count III); and Fraudulent Transfer (Count IV). As grounds for this motion, NESN asserts that no genuine issue of material fact exists relative to this litigation, as Defendant Ariel Legassa ("Legassa") has fully litigated all material issues in his parallel criminal proceeding stemming from the same facts that form the bases of NESN's claims. *See generally United States v. Ariel Legassa*, No. 22-CR-10038 (D. Mass.). Legassa was convicted by a unanimous jury, and the court entered a final judgment. *See id.* at Doc. No. 173. NESN's arguments are set forth in the accompanying Memorandum of Law.

**WHEREFORE**, NESN moves that this Court grant summary judgment in favor of NESN on all claims, and further grant such additional relief as is fair and just.

Dated: February 28, 2025

Respectfully Submitted,

NEW ENGLAND SPORTS NETWORK, L.P.,

By Its Attorneys,

*/s/ Christopher M. Morrison*

Christopher M. Morrison (BBO # 651335)
cmorrison@jonesday.com
Jenna L. LaPointe (BBO #699045)
jlapointe@jonesday.com
JONES DAY
100 High Street, 21st Floor
Boston, MA  02110.1781
Telephone:+1.617.960.3939

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2025, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants, and was sent via U.S. mail to the following:

> Ariel Legassa 84414-509
> FMC Devens
> 42 Patton Road
> Ayer, MA 01432

>> */s/ Jenna L. LaPointe*
>> Jenna L. LaPointe

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I hereby certify that is currently incarcerated, has no counsel, and could not be contacted to meet and confer regarding the issues presented in this motion.

>> */s/ Jenna L. LaPointe*
>> Jenna L. LaPointe