1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **New England Sports Network, L.P.** ) | |
| ) | 1:22-cv-10024-MJJ |
| Plaintiff, **v.** ) | |
| **Alley Interactive LLC (CT) et al** ) | |
| Defendant ) | |

**JUDGMENT**

April 24, 2025

**Joun, D.J.**

In accordance with the Court's Order entered and dated April 24, 2025, it is hereby **ORDERED**  for these reasons, Plaintiff's Motion for Summary Judgment is **GRANTED.** Judgment shall enter in favor of Plaintiff on all counts, for a sum certain of $575,000.

**/s/ Myong J. Joun**
Myong J. Joun
United States District Judge