April 28, 2025.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CLERK OF COURT
1 COURTHOUSE WAY
BOSTON, MA 02210

RE.   : NEW ENGLAND SPORTS NETWORK, L.P.,
        Plaintiff v.
        ARIEL LEGASSA, ALLEY INTERACTIVE LLC (CT)
        Defendants
        Civil Action No. 22-CV-10024-MJJ

Dear Clerk of Court,

   Enclosed is a copy of a Defendants Motion to Stay all Proceedings in the above matter.

   Please let me know the date for said hearing for the Motion to Stay.

Respectfully Submitted by,

Ariel Legassa
84414-509
FMC DEVENS
PO BOX 879
AYER, MA 01432

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NEW ENGLAND SPORTS NETWORK, L.P.,

    Plaintiff,

v.

ARIEL LEGASSA;
ALLEY INTERACTIVE LLC (CT)

    Defendants,

Civil Action No.:

22-CV-10024-MJJ

## DEFENDANTS MOTION TO STAY

Now come the defendants, and move this Honorable Court for a Stay of all Proceedings in the above matter.

As grounds for said motion, the defendants state, that an appeal is currently pending before The Honorable United States Court of Appeals For the First Circuit, and is scheduled for oral argument on 6/5/2025, (please find enclosed a copy of the Court Notice).

Wherefore, the defendants request a Stay of Proceedings until the pendind appeal is decided.

Dated: April 28, 2025

Respectfully Submitted

Ariel Legassa
FMC DEVENS
PO BOX 879
AYER, MA 01432

On this 28" day of April, 20 25 before me, the undersigned notary public, personally appeared Ariel Legassa and proved to me through satisfactory evidence of identification, which were ID card to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he/she signed it voluntarily for its stated purpose.

Stephen Larkin, Notary Public
My Commission Expires April 19, 2024
24/2031

# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

---

### CALENDARING NOTICE

Issued: April 22, 2025

This case is presently scheduled to be called for oral argument on **Thursday, June 5, 2025, at 9:30 a.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice,** counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: GENERAL ORDER 22-1.

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel

begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexia R. De Vincentis
Leslie Feldman-Rumpler
Carol Elisabeth Head
Ariel Legassa
Donald Campbell Lockhart
Mackenzie Queenin
Benjamin Saltzman